# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIO-RAD LABORATORIES, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>    v.<br><br>10X GENOMICS, INC.,<br><br>    Defendant. | Civil Action No. 1:19-cv-12533-WGY |

## NOTICE OF LIMITED APPEARANCE

Kindly enter my limited appearance in the above captioned matter as counsel for the Defendant, 10X Genomics, Inc. This appearance is limited for the purpose of filing the Defendant 10X Genomics, Inc.'s Motion for Extension of Time to Respond to the Complaint, which is being filed concurrently with this limited appearance.

Respectfully submitted,

10X GENOMICS, INC.

By its attorney,

/s/ Brian J. Wall
Brian J. Wall (BBO #688278)
bwall@gordonrees.com
Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, 5th Floor
Boston, MA 02110
617-902-0098

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 24, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

/s/ *Brian J. Wall*
Brian J. Wall